# UNITED STATES DISTRICT COURT
for the
Southern District of California

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No. '22 MJ4121 |
| Amazon Fulfillment Center parcel, ASIN: X003FWK6JB, located at 6971 Otay Mesa Road, San Diego, California, 92154 ("Subject Parcel") | ) ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the __Southern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs. 841 (a)(1), 843, and 846 | Distribution and Possession with the Intent to Distribute Controlled Substances and Conspiracy Related Thereto; Unlawful Use of a Communication Facility to Facilitate the Distribution of Controlled Substances |

The application is based on these facts:

See Attached Affidavit of HSI Special Agent Matthew Smith, incorporated herein by reference.

☑ Continued on the attached sheet.

☑ Delayed notice of __90__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Matthew T. Smith*
Applicant's signature

Matthew Smith, HSI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: November 9, 2022

Judge's signature

City and state: San Diego, California    Hon. Michael S. Berg, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Special Agent Matthew Smith, being duly sworn, hereby state as follows:

## INTRODUCTION

1. I submit this affidavit in support of an application for the following:

> Amazon Fulfillment Center parcel, Amazon Standard Identification Number (ASIN) X003FWK6JB, located at 6971 Otay Mesa Road, San Diego, California, 92154 ("**Subject Parcel**")

The **Subject Parcel**, further described in Attachment A, is currently being held in a secure location, a locked container in office #135, at an Amazon fulfillment facility located at 6971 Otay Mesa Road, San Diego, California 92154.

2. Based on information below, I have probable cause to believe that the **Subject Parcel** contains evidence of a crime, described in Attachment B, which are evidence of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 843(b) (unlawful use of a communication facility (including the mail) to facilitate the distribution of a controlled substance), and 846 (conspiracy to do the same).

3. The facts set forth in this affidavit are based upon my training, personal experience information obtained from other law enforcement investigators experienced in narcotics violations, and review of reports. Because I make this affidavit for the limited purpose of obtaining a search warrant for the **Subject Parcel**, it does not contain all of the information known by me or other investigators regarding this investigation, but only sets forth those facts believed to be necessary to establish probable cause. Dates and times are approximate.

## TRAINING AND EXPERIENCE

4. I have been employed as a Special Agent with Homeland Security Investigations (HSI) since September of 2018. I am currently assigned to the HSI Office of the Special Agent in Charge, in San Diego, California. For approximately the last year, I have been assigned to the San Diego Sheriff's Border Crime Suppression Team. I have

been the lead investigator on more than 30 narcotics cases and have been involved in over 100 other cases in a supporting role.

5. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to joining HSI, I was a Border Patrol Agent-Intelligence (BPA-I) of the U.S. Customs and Border Protection (CBP), United States Border Patrol (USBP), assigned to the Sector Intelligence Unit (SIU), and was employed as a full-time, sworn federal agent with the USBP since 2008.

6. During my tenure with HSI, I have participated in the investigation of various narcotics trafficking organizations involved in the importation and distribution of controlled substances into and through the Southern District of California, and throughout the United States. Through my training, experience, and conversations with other law enforcement officers experienced in narcotics trafficking investigations, I have gained a working knowledge of the operational behaviors of narcotics traffickers, including those who traffic narcotics internationally.

7. In my career, I have debriefed numerous defendants, informants, and witnesses who had personal knowledge regarding narcotics trafficking organizations. I also have conducted formal and informal interviews to elicit sensitive information from witnesses, suspects, and others. Through these experiences, I have become familiar with many narcotics traffickers' methods of operation, including the manufacture, sales, distribution, storage, and transportation of controlled substances. For example, based on my training and experience, I know that individuals who are involved in the trafficking of illegal narcotics and their proceeds will use common carriers (including United States Postal Service Express Mail, Federal Express (FedEx), UPS and Amazon) to ship the narcotics and/or their proceeds to avoid driving the narcotics and/or bulk cash through Border Patrol checkpoints. During the course of my duties and through training and experience, I also have learned that the Southern District of California, and San Diego in particular, is a source region for controlled substances. As such, controlled substances are

frequently transported from the San Diego area to markets for controlled substances using delivery services, and bulk cash is frequently returned to this area.

## PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

8. This application relates to an ongoing investigation of a United States-based Drug Trafficking Organization (DTO) that distributes kilogram quantities of controlled substances destined for international sale.

9. HSI, working closely with Amazon, has identified approximately ten users accounts that are using Amazon's [domestic and international] shipping services. These users appear to be gaining access to the Amazon platform using a Virtual Private Network (VPN) to mask their true identity. All ten identified users appear to be using the same five Amazon vendor accounts to "sell" their merchandise. According to Amazon, with respect to transactions through these five vendor accounts, Amazon noticed on several occasions the seller and buyer of a specific item have been linked through their Internet Protocol (IP) address as "common users" accessing the main vendor accounts.[1]

10. Amazon, thereupon, flagged these five vendor accounts as suspicious. According to Amazon, it identifies vendor/seller accounts as suspicious due to the following indicators:

    a. All five of the suspected vendor accounts were registered through businesses listed as a Limited Liability Company (LLC).

    b. All five accounts share the same naming format (e.g., John Doe LLC, Jane Doe LLC).

    c. All five accounts were created around the same time.

    d. All parcels from these five accounts were ultimately destined for international sale, or had not been "sold" at the time of seizure.[2]

    e. All of the items being sold by these specific vendors are listed as "used merchandise" which is uncommon in Amazon's experience.

---

[1] Amazon has shared much of this information in an attempt to assist law enforcement authorities but much of the vendor/seller account details have not been released. HSI has submitted subpoenas to reveal this information but has yet to receive a response.

[2] Amazon Fulfillment Centers act as a hub for their distribution of packages. Vendors will often ship items to a fulfillment center before it has been purchased by an end user. Amazon utilizes an internal algorithm to decide which fulfillment center may be closest to a potential purchaser.

11. In particular, with respect to the five identified vendor accounts flagged by Amazon as suspicious, on separate occasions, law enforcement authorities have intercepted and seized two packages containing bulk controlled substances.

12. On October 28, 2022, Louisville, Kentucky Customs and Border Protection Officers inspected a UPS package (#406BCBXUPS-449RX8BXTRD) which originated in Ohio and was being shipped through UPS and destined for Australia. The parcel was subsequently searched and was found to contain approximately 5.17 kilograms of methamphetamine. HSI Cleveland, working with Amazon, was able to track the origins of the parcel and the vendor responsible for the item. This vendor was one of the five vendor linked accounts Amazon had identified as suspicious. Amazon thereafter alerted HSI to another similar package destined to an Amazon Fulfillment Center in Caledonia, Michigan.

13. On October 31, 2022, Amazon and HSI Lansing, Michigan, allocated the second suspected parcel, manifested as "Natural Slate Stone 3-5…& Model Railroad. (10-12lbs) Used – Very Good." This parcel was also associated with one the five suspicious vendor accounts. The package displayed an ASIN # X003FWG631. Michigan State Police (MSP) K-9 unit was called to assist with the investigation. The MSP K-9 was certified by MSP in October 2022 on the detection of methamphetamine, heroin, cocaine, and crack cocaine. The MPS K-9 was deployed and alerted to a trained odor on the identified parcel. A subsequent search of the parcel resulted in the seizure of approximately 5.7 kilograms of methamphetamine.

14. On November 7, 2022, HSI Lansing notified HSI Special Agents in San Diego regarding a suspicious package ("the **Subject Parcel**") which they identified alongside Amazon with similar indicators as previously outlined in Paragraph 8. The package was scheduled to arrive in San Diego, California the next day.

15. On November 8, 2022, HSI TFO / San Diego Sheriff's Detective Robert Forbes and San Diego Sheriff's Detective / Canine Handler Jaime Gomez responded to the Amazon Fulfillment Center located at 6971 Otay Mesa Road, San Diego, California, to investigate. Amazon Loss Prevention Supervisor J. Cano led the detectives to the **Subject**

**Parcel**. At approximately 12:43 PM, Detective Gomez presented his K-9 partner "Blue" with two different packages, one of which was the **Subject Parcel**. Detective Gomez deployed "Blue" and Blue alerted to the **Subject Parcel**. As part of Blue's alert, Detective Gomez observed "Blue" change direction, slow his breathing, lower his nose and place it on the target parcel. "Blue" also alerted to **Subject Parcel** by keeping still and indicating to the presence of an odor of a controlled substance, consistent with his training. "Blue" and Detective Gomez are certified by the San Diego County Sheriff's Department through July 8th, 2023, and "Blue" is trained to detect the odors of methamphetamine, cocaine, heroin, and their derivatives.[3]

16. Based on my training, experience, and information relayed to me by other members of law enforcement, including law enforcement officers assigned drug detection canines, that the odor of narcotics transfers to other items, such as paper currency. This transfer is temporary and generally occurs when narcotics are recently stored in close proximity with paper currency. I also know based on my training and experience that drug traffickers commonly store narcotics and paper currency together in a secure location, such as a safe. Those who traffic in narcotics and the proceeds of narcotics sales utilizing common carriers commonly wrap narcotics and the proceeds of narcotics sales in plastic that is heat and vacuum sealed in an attempt to prevent odors from escaping. Drug detection canines may detect the odor of narcotics on paper currency in these situations. Further, based on my training and experience, parcels that are found to contain narcotics or the proceeds of narcotics sales may also contain GPS devices.

17. Based on the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe notes and/or currency from the illegal sale and mailing of controlled substances, and controlled substances, and/or a GPS device, are being concealed in the **Subject Parcel**. Accordingly, I seek the issuance of a search warrant authorizing a

---

[3] Law enforcement authorities placed the **Subject Parcel** in a sealed tamper-proof evidence bag (#L3072601), signing across the bag's seal and taking photographs to document the condition of the item. The **Subject Parcel** was placed in a private lockbox in the Loss Prevention office and the only key was given to Detective Forbes to hold. The Loss Prevention room (#135) is also always locked, and access is limited solely to Cano until the **Subject Parcel** has been retrieved.

search of the **Subject Parcel**, as described in Attachment A, to seize the items listed in Attachment B.

## DELAYED NOTIFICATION AND REQUEST FOR SEALING

18. Pursuant to Federal Rule of Criminal Procedure 41(f)(2)(c) and (f)(3), I request permission to delay service of the warrant on the intended recipient of the Subject Parcel for ninety (90) days, or February 2, 2023, because there is reasonable cause to believe that providing immediate notice of the warrant may have an adverse result. This investigation is ongoing, and I expect it to continue for at least 90 days after the Subject Parcel is searched. If notice of the warrant were served at this time, or during the pendency of the investigation, it could result in flight from prosecution, destruction of evidence, or otherwise seriously jeopardize the ongoing investigation.

19. It is further respectfully requested that this Court issue an Order sealing, with disclosure permitted to defendant's counsel pursuant to an early disclosure agreement or Rule 16 of the Federal Rules of Criminal Procedure, or until further order of this court, all papers submitted in support of the Application, including the Application, Affidavit, Warrant, and the requisite inventory notice. Sealing is necessary because the items and information to be seized are relevant to an ongoing investigation and premature disclosure of the contents of the Application and related documents may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

## CONCLUSION

20. Based on the facts and information set forth above, I submit there is probable cause to believe that a search of the **Subject Parcel** will yield evidence of violations of Title 21, United States Code, Sections 841, 843, and 846. Accordingly, I request that the Court issue a warrant authorizing law enforcement to search the items described in Attachment A and seize the items listed in Attachment B.

I swear the foregoing is true and correct to the best of my knowledge and belief.

*Matthew T. Smith*
Special Agent Matthew Smith
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th day of November, 2022.

Honorable Michael S. Berg
United States Magistrate Judge

# ATTACHMENT A
PROPERTY TO BE SEARCHED

The following property is to be searched:

Amazon Fulfillment Center parcel, Amazon Standard Identification Number (ASIN): X003FWK6JB, located at 6971 Otay Mesa Road, San Diego, California, 92154 ("**Subject Parcel**").

The **Subject Parcel** is currently being held in a secure location, a locked container in office #135, at an Amazon fulfillment facility located at 6971 Otay Mesa Road, San Diego, California 92154.



## **ATTACHMENT B**
ITEMS TO BE SEIZED

The items to be seized from the **Subject Parcel** are:

    a.    any controlled substances, including marijuana;
    b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $100; and
    c.    Any GPS devices

which are evidence of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 843(b) (unlawful use of a communication facility (including the mails) to facilitate the distribution of a controlled substance), and 846 (conspiracy to distribute a controlled substance).